UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DAVID STARKEY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:22-cv-00272 |
| OFFICER JIMMY TEDDES, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 13) recommending that the Court dismiss this action without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). No party filed a timely objection to the R&R.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R (Doc. No. 13) is **APPROVED AND ADOPTED**. This action is **DISMISSED WITHOUT PREJUDICE**.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE